UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-61145-CV-ALTONAGA-BROWN

GORDON L. MOBLEY,

    Plaintiff,

vs.

C-C GOLF COURSE INCORPORATED,
a Florida corporation, d/b/a COOPER
COLONY COUNTRY CLUB, d/b/a
C.C. RESTAURANT AND LOUNGE,
d/b/a PETE'S SANDTRAP,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    The Plaintiff, GORDON L. MOBLEY (hereinafter the "Plaintiff"), by and through his undersigned attorney, and Defendant, C-C GOLF COURSE INCORPORATED, a Florida corporation, d/b/a COOPER COLONY COUNTRY CLUB, d/b/a C.C. RESTAURANT AND LOUNGE, d/b/a PETE'S SANDTRAP, (hereinafter, collectively, the "Defendant"), by and through their undersigned attorney, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. A resolution of all matters in dispute has been made pursuant to a certain Confidential Settlement Agreement between the parties. All parties shall bear their own attorneys fees, costs and expenses other than those specified in said Confidential Settlement Agreement, and, other than enforcement of said settlement agreement, agree not to file any additional motions in this matter.

    Dated this 27th day of October, 2008.

1

Respectfully submitted,

| | |
|---|---|
| By: s/ B. Bradley Weitz, Esq.<br>   B. Bradley Weitz, Esq.<br>   Florida Bar No. 479365<br>   THE WEITZ LAW FIRM, P.A.<br>   Attorney for Plaintiff<br>   Bank of America Building<br>   18305 Biscayne Blvd., Suite 214<br>   Aventura, Florida 33160<br>   Telephone:  (305) 949-7777<br>   Facsimile:   (305) 704-3877 | By: s/Suzanne M. McLean, Esq.<br>   Suzanne M. McLean, Esq.<br>   Florida Bar No. 987700<br>   WEBBER, HINDEN, McLEAN &<br>   ARBEITER, P.A.<br>   Post Office Box 848549<br>   Pembroke Pines, Florida 33084-0549<br>   Telephone:  (954) 587-3058<br>   Facsimile:   (954) 587-1770 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ B. Bradley Weitz, Esq.
   B. Bradley Weitz, Esq.
   Florida Bar No. 479365
   THE WEITZ LAW FIRM, P.A.
   Attorney for Plaintiff
   Bank of America Building
   18305 Biscayne Blvd., Suite 214
   Aventura, Florida 33160
   Telephone:  (305) 949-7777
   Facsimile:   (305) 704-3877

## SERVICE LIST

**Gordon L. Mobley vs. C-C Golf Course Incorporated,
a Florida corporation, d/b/a Cooper Colony Country Club,
d/b/a C.C. Restaurant and Lounge, d/b/a Pete's Sandtrap,**

United States District Court, Southern District Of Florida
Case No. 08-CV-61145-ALTONAGA-BROWN

**Suzanne Marie McLean, Esq.**
Webber Hinden & McLean
P.O. Box 848549
Pembroke Pines, Florida 33084-0549
Telephone: (954) 587-3058
Facsimile: (954) 587-1770
E-mail: smclean@whma-law.com
*Attorney for Defendant*
*C-C Golf Course, Incorporated*
**Electronic Service**

3